IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| ANTHONY ADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-019-WDS |
| | ) | |
| CHARLES McDANIEL, ROGER | ) | |
| WALLER, SHERRY HILE and | ) | |
| ROGER E. WALKER, JR., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

This cause coming before the Court on Defendants' Motion for Continuance, with regard to the currently scheduled final pretrial conference and trial in this matter, and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that Defendants' Motion for Continuance is **GRANTED**, and the final pretrial conference and trial herein are continued. The final pretrial conference is reset for Monday, June 23, 2008 at 11:00 A.M. and the trial is reset to Tuesday, July 8, 2008 at 9:00 A.M.

DATE: April 1, 2008

                                        s/*WILLIAM D. STIEHL*
                                            DISTRICT JUDGE