IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY ADKINS,

    Plaintiff,

v.

CHARLES McDANIEL, ROGER WALLER,
SHERRY HILE, and ROGER E. WALKER, JR.

    Defendants.

Case No.05-cv-19-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, a jury having rendered a verdict as to some claims and the Court having rendered a decision as to others.

IT IS HEREBY ORDERED AND ADJUDGED that Count 1, Plaintiff Anthony Adkins' claim against Defendants Charles McDaniel and Roger Waller for failure to protect him in violation of the Eighth Amendment, is dismissed with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED AND ADJUDGED that Count 2, Plaintiff Anthony Adkins' generic claim against no specific defendant for unconstitutional "double celling," is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Count 3, Plaintiff Anthony Adkins' claim against Defendants Sherry Hile and Roger E. Walker, Jr. for conspiracy and deliberate infliction of emotional distress and pain, is dismissed with prejudice.

**IT IS SO ORDERED.**
**DATED: August 26, 2009**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**